# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | KENNETH L. CLEMENS |
| **Case Number:** | 10-02646-MM7    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, JULY 14, 2010 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | GREGG ROBINSON |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matter:

MOTION FOR RELIEF FROM STAY, RS # DRP-1 FILED BY U.S. BANK (fr. 5/10/10)

### Appearances:

John Sunnen, ATTORNEY FOR Kenneth Clemens
Thomas Gorrill, ATTORNEY FOR U.S. Bank
Andre Williams

### Disposition:

Contested. Granted; Order to be submitted by movant. Brokers declaration to be submitted to Trustee within 14 days.