**CSD 1159C** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Prober & Raphael, A Law Corporation
Cassandra J. Richey, Esq., #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
(818) 227-0100
Attorneys for Movant

Order Entered on
August 03, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
KENNETH L. CLEMENS
                                        Debtor.

**LODGED**

BANKRUPTCY NO. 10-02646-MM7

U.S. BANK, N.A. SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION FA
                                        Movant(s)

RS NO. DRP-1

KENNETH L. CLEMENS; GREGORY A. AKERS, Trustee,
                                        Respondent(s)

Date of Hearing: July 14, 2010
Time of Hearing: 10:00 a.m.
Name of Judge: Margaret M. Mann

## ORDER ON
## CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Notice of Lodgment Docket Entry No. __38__

//
//
//
//

DATED: August 02, 2010

_/s/ Margaret M Mann_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Prober & Raphael, A Law Corporation
(Firm name)

By: /s/ Cassandra J. Richey, Esquire, #155721
    Attorney for ☑ Movant ☐ Respondent

CSD 1159C

```
```

Case 10-02646-MM7    Filed 08/02/10    Doc 42    Pg. 2 of 2

CSD 1159C [11/15/04] (Page 2)
ORDER ON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
DEBTOR: KENNETH L. CLEMENS                                    CASE NO: 10-02646-MM7
                                                              RS NO.:  DRP-1

IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in the real property, located at 3319 Corte Del Cruce, Carlsbad, San Diego County, California ("Property").